UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-285-FDW-DCK

| | |
|---|---|
| ACCRETIVE COMMERCE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| KENCO GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the Defendant's Consent Motion for Admission *Pro Hac Vice* of Thomas E. Hayes, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina and paragraph 2 of the Court's Initial Scheduling Order [Misc. No. 3:07-MC-47 (Doc. No. 2)].

It appears that the person for whom leave to appear is sought, Thomas E. Hayes of the law firm of Miller & Martin, PLLC, is a member in good standing of the Bar of the State of Tennessee and is admitted to practice in the United States District Court for the Eastern District of Tennessee.

It further appears that Mr. Hayes has associated Robert C. Bowers of Moore & Van Allen PLLC as local counsel and that Plaintiff consents to Defendant's motion.

IT IS THEREFORE ORDERED that Thomas E. Hayes be permitted to appear *pro hac vice* in the above-captioned action pending in this Court.

Signed: March 13, 2008

_____
David C. Keesler
United States Magistrate Judge