# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No. 3:07-CV-285-FDW-DCK

| | |
|---|---|
| ACCRETIVE COMMERCE, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **AGREED ORDER** |
| KENCO GROUP, INC., | )     **OF DISMISSAL**<br>) |
| Defendant. | )<br>)<br>) |

Plaintiff Accretive Commerce, Inc. and Defendant Kenco Group, Inc., each by and through counsel, having announced that all matters in controversy have been settled, compromised, or otherwise disposed of, and that all claims of Plaintiff against the Defendant and all claims of Defendant against Plaintiff should be dismissed with prejudice, and for good cause shown, this Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1. All claims made by Plaintiff against Defendant are dismissed with prejudice;
2. All claims made by Defendant against Plaintiff are dismissed with prejudice;
3. Each party shall bear its own costs; and
4. No discretionary costs will be allowed.

IT IS SO ORDERED.

Signed: April 22, 2008

Frank D. Whitney
United States District Judge

CHAR2\1104457v1

1

**APPROVED FOR ENTRY**

By: /s/Robert C. Bowers
Richard F. Kane
NC State Bar No. 5694
Robert C. Bowers
NC State Bar No. 23009
Penny Hirsch Edwards
NC State Bar No. 33405
MOORE & VAN ALLEN, P.L.L.C.
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202-4003
(704) 331-3560 (telephone)
(704) 339-5860 (facsimile)
dickkane@mvalaw.com
bobbybowers@mvalaw.com
pennyedwards@mvalaw.com
*Attorneys for Defendant appearing specially.*


By: /s/Douglas M. Jarrell
D. Blaine Sanders
bsanders@rbh.com
Douglas M. Jarrell
djarrell@rbh.com
Robinson, Bradshaw & Hinson, P.A.
One Independence Center, Suite 1900
101 North Tryon Street
Charlotte, NC 28246
*Attorneys for Plaintiff*